William M. Harrower, Respondent, v. Village of Eastwood, Appellant.—
Judgment and order affirmed, with costs. All concurred.

Mortimer D. Smith, Respondent, v. Mike Miller, Appellant.— Judgment and
order affirmed, with costs. All concurred.

Samuel J. Millstone, Respondent, v. The New York Central and Hudson
River Railroad Company, Appellant.— Judgment affirmed, with costs. All
concurred.

James A. Williams, Plaintiff, v. Daniel R. Sillesky, Defendant.— Motion for
leave to appeal to Court of Appeals denied, with ten dollars costs.

Knowlton Mixer and Others, Respondents, v. Schwager & Nettleton, Inc.,
Appellant.— Judgment affirmed, with costs. All concurred.

Frederick G. Bryers, Respondent, v. Iroquois China Company, Appellant.—
Judgment and order of County Court and judgment and order of Municipal
Court reversed, with costs in all courts to appellant. Held, that the plaintiff
failed to establish actionable negligence against the defendant. All concurred,
except Kruse, J., who dissented.

Addison H. White, Respondent, v. The City of Syracuse, Appellant.— Judg-
ment and order affirmed, with costs. All concurred, except Williams, J., who
dissented upon the grounds that the verdict is excessive and that the motion for
a new trial upon the ground of newly-discovered evidence should be granted.

Addison H. White, Respondent, v. The City of Syracuse, Appellant.— Order
affirmed, with ten dollars costs and disbursements. All concurred, Spring, J.,
concurring except as to the amount of costs, being of the opinion that the
respondent is entitled to a full bill of costs upon this appeal, except Williams, J.,
who dissented upon the ground that the court should have granted a new trial.

Godfrey Miller, Respondent, v. City of Buffalo, Appellant.— Judgment and
order reversed and new trial ordered, with costs to appellant to abide event.
Held, that the defect in the street was too slight to charge the defendant with
negligence. All concurred, except Spring and Kruse, JJ., who dissented.

Edward S. Jordan, Respondent, v. Peter J. Crofoot, Appellant, Impleaded
with John F. Burke.— Interlocutory judgment affirmed, with costs, with leave
to the defendant to plead over within twenty days upon payment of the costs of
the demurrer and of this appeal. All concurred.

Wilhelm Albrecht, Respondent, v. Rochester, Syracuse and Eastern Railroad
Company, Appellant.— Judgment and order affirmed, with costs. All concurred,
except Robson, J., who dissented.

Charles Engler, Respondent, v. International Railway Company, Appellant.
— It appearing that the justices qualified to sit in this appeal are equally divided
and unable to render a decision herein, said appeal is ordered transferred to the
Appellate Division of the Third Judicial Department, to be there heard and deter-
mined, pursuant to section 231 of the Code of Civil Procedure. Spring, J., not
sitting.

Thomas F. Moore, Respondent, v. Charles F. Taylor, as Surviving Partner of
the Firm of Charles F. Taylor & Company, Appellant.— Judgment and orders
affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J.,
who dissented.